UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-09-2042-FVS |
| Plaintiff, | ) | |
| vs. | ) | ORDER DISMISSING INDICTMENT AND QUASHING ARREST WARRANT |
| BARTOLO MENDOZA-MACEDA, | ) | |
| Defendant. | ) | Ex Parte |

This matter coming before the above Court on the government's motion to dismiss the indictment and to quash the arrest warrant; and the Court having reviewed the files and the records herein;

**IT IS HEREBY ORDERED:**

That the indictment in the above-referenced case shall be dismissed;

**IT IS FURTHER ORDERED:**

That the arrest warrant issued in the above-referenced case shall be quashed.

ENTERED this  10th  day of  February , 2011.

*Fred Van Sickle*
HON. FRED VAN SICKLE
SENIOR UNITED STATES DISTRICT JUDGE